IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 3:13cr17DCB-FKB

BRUCE BARLOW

**ORDER REGARDING PREVIOUSLY
ISSUED TRIAL SUBPOENAS**

This matter is before the Court on the *ore tenus* motion by the United States requesting an Order directing that all trial subpoenas previously issued by any party to this criminal case remain in full force and effect up to and until conclusion of the trial of this cause which is now scheduled for January 13, 2014. The Court having considered this request finds the motion well taken and same should be granted.

IT IS THEREFORE ORDERED that any and all trial subpoenas issued in this cause, which subpoenas would have compelled the appearance of the witness during the December 2, 2013 trial term of the Court, shall remain in full force and effect and be carried over to the new trial setting of January 13, 2014.

SO ORDERED this the  29th  day of November, 2013.

                                                  s/ David Bramlette
                                                 DAVID C. BRAMLETTE III
                                                 UNITED STATES SENIOR DISTRICT JUDGE